UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re: Cognate Cases:	HON. ROBERT J. JONKER

| Case Name | Case No. |
|---|---|
| Steven J. Verburg, Nancy A. Williams<br>v.<br>Weltman, Weinberg & Reis Co., L.P.A.;<br>Midland Funding LLC;<br>Midland Credit Management, Inc.;<br>Encore Capital Group, Inc.; and<br>LVNV Funding, LLC | 1:13cv1328 |
| Denise Martin<br>v.<br>TenHouten Ringstrom, PLLC, et al. | 1:13cv1329 |
| Daniel Pryor<br>v.<br>Law Offices of Timothy E. Baxter & Associates, P.C.;<br>Midland Funding LLC;<br>Midland Credit Management, Inc.<br>Encore Capital Group, Inc. | 1:13cv1330 |
| Michael Christian<br>v.<br>Law Offices of Michael R. Stillman, P.C. | 1:13cv1331 |
| Bruce Grant<br>v.<br>Shermeta, Adams & Von Allmen, P.C. | 1:13cv1332 |
| John P. Hunter<br>v.<br>Stenger & Stenger PC<br>Midwest Recovery Group LLC | 1:13cv1336 |
| John P. Hunter and Brian Hudson<br>v.<br>Mary Jane Elliott, PC<br>Portfolio Recovery Associates, LLC;<br>LVNX Funding, LLC | 1:13cv1338 |

| Case | Number |
|---|---|
| Joan Frances Kloosterman<br>v.<br>Law Office of Barbara Tsaturova PLLC | 1:13cv1340 |
| David Nota and Mary Beth Nota<br>v.<br>Muller, Muller, Richmond, Harms & Myers, P.C.<br>LHR Inc. | 1:13cv1344 |
| Andrea Stevens<br>v.<br>Schisler Law, PLC<br>Scott A. Schisler<br>Rustin Allen Schisler | 1:14cv10 |
| Ethel Walker<br>v.<br>Leikin, Ingber & Winters, PC;<br>George A. Leikin<br>Paul M. Ingber<br>Susan L. Winters<br>LVNV Funding, LLC | 1:14cv18 |
| Kathryn Campbell<br>v.<br>Berndt & Associates, PC<br>Karol A. Berndt<br>Robert E. Zielinkski<br>LVNV Funding, LLC | 1:14cv34 |
| Maureen Van Hoven<br>v.<br>Buckles & Buckles, PLC<br>Geraldine C. Buckles<br>Michael H. R. Buckles | 1:14cv60 |
| Mary Yarbrough<br>v.<br>Gray & Gray, PC, et al | 1:14cv234 |
| Mary Yarbrough<br>v.<br>Bader, Unifund CCR, et al. | 1:14cv277 |
| Peter Anda, et al.<br>v.<br>Roosen, Varchetti Y Olivier, PLLC, et al. | 1:14cv295 |

| Patricia Brown<br>v.<br>Reed White and Associates, LLC; et al | 1:14cv1328 |
|---|---|
| Andrew Kacoas<br>v.<br>United Collection Bureau | 1:14cv1283 |

ORDER

This is a set of cognate FDCPA cases. The CMO currently governing all cases calls for a dispositive motion cut off of February 28, 2015, and a follow up status conference on March 20, 2015. The Court earlier deferred consideration of pending class certification motions until after dispositive motion practice.

The Court has received a motion in four of the cases (Case Nos. 13-cv-1331; 13-cv-1332; 13-cv-1344; 14-cv-10) seeking a 60-day extension of the dispositive motion cut-off to permit ongoing settlement negotiations in those cases. In addition, there have been reported settlements in two other cases (Case Nos. 13-cv-1336; 14-cv-277); and a voluntary dismissal in one case (Case No. 13-cv-1337). If the extension is granted in only the four cases, and not the remaining cases that have not been dismissed or settled, the potential benefit of parallel scheduling in all cognate cases will be lost, or at least diluted. There may be good reasons for that, given the way the individual cases have developed. But before granting any extensions in a subset of cases, the Court invites comment from any of the parties in the cognate cases. Any such comment must be filed not later than Wednesday, **February 25, 2015.**

**IT IS SO ORDERED**.

Dated:   February 23, 2015          /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     UNITED STATES DISTRICT JUDGE