UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER ANDA, LATRICIA BELL,
JONATHON ELSENBROEK,
JACQUELYN JOHNSON,
LESLIE PENEGOR, and DONALD
WALSTROM, for themselves and
class members,

Case No. 1:14-cv-00295

Hon. Robert J. Jonker

      Plaintiffs,

v.

ROOSEN, VARCHETTI & OLIVIER,
PLLC, RICHARD G. ROOSEN, PAUL
E. VARCHETTI, LYNN M. OLIVIER,
WEB EQUITY HOLDINGS, LLC,
CAVALRY SPV I, LLC and MAIN
STREET ACQUISITION CORP.,

      Defendants.
_____/

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

      Plaintiffs move for summary judgment, against Defendants, as to liability, pursuant to Fed. R. Civ. P. 56, holding that Defendants violated the Fair Debt Collections Practices Act by making a false representation of the amount or legal status of a debt in violation of 15 U.S.C. §§ 1692e and by collecting or attempting to collect an amount that is not authorized by the agreement creating the debt or permitted by law, in violation of 15 U.S.C. § 1692f(1).

      Plaintiffs submit that, except as to the amount of damages, there is no genuine dispute as to any material fact and Plaintiff is entitled to judgment as a matter of law.

      Plaintiffs' counsel has contacted defendants' counsel to ascertain whether the motion will

be opposed. Counsel is informed that the motion will be opposed.


Dated:  June 30, 2015                 /s/ Phillip C. Rogers
                                                     Phillip C. Rogers (P34356)
                                                       Attorney for Plaintiffs
                                                       40 Pearl Street, N.W., Suite 336
                                                       Grand Rapids, Michigan 49503-3026
                                                       (616) 776-1176
                                                       ConsumerLawyer@aol.com


Dated:  June 30, 2015                 /s/ Michael O. Nelson
                                                       Michael O. Nelson (P23546)
                                                       Attorney for Plaintiffs
                                                       1104 Fuller N.E.
                                                       Grand Rapids, Michigan 49503
                                                       (616) 559-2665
                                                       mike@mnelsonlaw.com